JOSEPH DOBBINS, Respondent, *v.* SYRACUSE, BINGHAMTON AND NEW YORK RAILROAD COMPANY, Appellant.

(Submitted June 14, 1915; decided June 18, 1915.)

Motions for re-argument and to amend remittitur denied, with ten dollars costs. (See 215 N. Y. 674.)

---

CATHERINE FOX et al., Appellants, *v.* SAMUEL N. HAWKINS, Respondent.

(Submitted June 14, 1915; decided June 18, 1915.)

Motion for re-argument denied, with ten dollars costs. (See 215 N. Y. 655.)

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* CHARLES BECKER, Appellant.

(Submitted June 14, 1915; decided June 18, 1915.)

Motion for re-argment denied. (See 215 N. Y. 126.)